April 26, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

CONNIE VASQUEZ HARRISON, Appellant

NO. 14-10-00759-CV                    V.

CLIFFORD LAYNE HARRISON, Appellee
_____

This court today heard a motion for rehearing filed by appellee, CLIFFORD LAYNE HARRISON.  We order that the motion be granted in part and overruled in part, and that this court's former judgment of March 13, 2012, be vacated, set aside, and annulled.  We further order this court's opinion of March 13, 2012, withdrawn.

This cause, an appeal from the judgment in favor of appellee, CLIFFORD LAYNE HARRISON, signed June 21, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred.  We therefore **AFFIRM** the trial court's divorce decree in so far as it grants the divorce, but we **REVERSE** the remainder of the trial court's divorce decree and order it severed and **REMAND** for proceedings in accordance with this court's opinion.

We order CLIFFORD LAYNE HARRISON to pay all costs incurred in this appeal.  We further order this decision certified below for observance.